1068

[Nos. 20363-4-II; 20559-9-II. Division Two. June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTY J. ROBUCK, *Appellant*.

Appeals from a judgment of the Superior Court for Clallam County, No. 95-1-00201-2, George L. Wood, J., entered January 26, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20595-5-II. Division Two. June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. THERESA JEAN WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04254-8, Frederick B. Hayes, J., entered March 13, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 20727-3-II. Division Two. June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES GERALD WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00702-3, Arthur W. Verharen, J., entered May 2, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 20815-6-II. Division Two. June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DONALD PECKHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00475-8, Robert L. Harris, J., entered June 6, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Armstrong, JJ.